UNITED STATES COURT OF INTERNATIONAL TRADE

SHAMROCK BUILDING
MATERIALS, INC.              :
                             :
                             :
              Plaintiff,     :
                             :
                             :   BEFORE: Unassigned
         v.                  :
                             :
                             :   Court No. 20-00074
THE UNITED STATES,           :
                             :
                             :
              Defendant.     :

**NOTICE OF MANUAL FILING**

Please take notice that U.S. Customs and Border Protection has manually filed the following:

Per CIT Rule 73.1(b), samples of the products obtained from 8NV-0028265-3, 8NV-0028240-6, and 8NV-0027987-3.

This document has not been filed electronically because (check all that apply):

[ ]   the electronic file size of the document exceeds 50 megabytes:

[X]   the document cannot be converted to an electronic format;

[ ]   the document is filed under seal pursuant to Court Order; or

[ ]   other:

The party is relieved from filing this document as authorized by the Administrative Order No. 01-01 of this Court.

                                          Paula Smith

                                          Assistant Chief Counsel

                                          International Trade Litigation

                                          U.S. Customs and Border Protection

                                          26 Federal Plaza, Room 258

                                          New York, NY 10278

                                          (212) 264-9271