**SANDLER, TRAVIS & ROSENBERG, P.A.**
International Trade, Customs & Export Law

Patrick D. Gill, Esq.
Of Counsel
Direct No.: 212-549-0156
Fax: 212-883-0068
EMAIL: pgill@strtrade.com

November 4, 2021

Honorable Timothy C. Stanceu, Senior Judge
United States Court of International Trade
One Federal Plaza
New York, NY 10278

    Re:  Shamrock Building Material, Inc. v. United States, Court No. 20-00074

Dear Judge Stanceu:

    This is to call the Court's attention to an error on page 2 of the Memorandum in Support of Plaintiff's Motion to Quash which was filed this morning. The memorandum inadvertently states that Mr. Adam Marty resides in Eagle, Indiana. Mr. Marty resides in Eagle, Idaho. This is over 400 miles from Portland, Oregon and as a result the subpoena is still well beyond the geographical limits in Rule 45(c).

    We apologize to the Court for this error but it does not affect the arguments made in support of plaintiff's motion to quash.

Respectfully submitted,

**Sandler, Travis & Rosenberg, P.A.**

By: _____
Patrick D. Gill

675 Third Avenue, Suite 1805-06, New York, NY 10017 USA • www.strtrade.com

BOSTON • GUANGZHOU • HONG KONG • MIAMI • NEW YORK • PAWLING, NY • SAN FRANCISCO • SHANGHAI • WASHINGTON D.C.