EXHIBIT 1

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE**

| | | |
|---|---|---|
| SHAMROCK BUILDING MATERIALS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Court No. 20-00074 |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S AMENDED RULE 26(a)(1) INITIAL DISCLOSURE**

Pursuant to Rule 26(a)(1) of the United States Court of International Trade, Plaintiff Shamrock Building Materials, Inc. hereby serves these Amended Initial Disclosures to Defendant.  Plaintiff is amending its October 15, 2020 Initial Disclosure to update the contact information for Joshua Jackson, an individual who may have discoverable information related to the disputed facts alleged.  No other changes have been made to Plaintiff's October 15, 2020 Initial Disclosure.

Appendix A to these disclosures identifies those individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.  Appendix B to these disclosures describes the documents, data compilations, and tangible things held by Plaintiff that may be relevant to disputed facts alleged with particularity in the pleadings.  The provisions of Rule 26(a)(1)(A)(iii) and (iv) are inapplicable.

These disclosures do not constitute waiver of any work product protection and are without prejudice to any issue or argument.

Respectfully,

**MORRIS MANNING & MARTIN LLP**
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4817

/s/ Donald B. Cameron, Jr.
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas III
Jordan L. Fleischer

**SANDLER TRAVIS & ROSENBERG, P.A.**
551 Fifth Avenue, Suite 1100
New York, NY 10176
(212) 549-0150

/s/ Michael S. O'Rourke
Michael S. O'Rourke
Patrick D. Gill

Dated:  October 16, 2020

*Counsel to Shamrock Building Materials, Inc.*

2

**Appendix A**

**A.   Individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.**

Following is a list of individuals who may have discoverable information relevant to

disputed facts alleged with particularity in the pleadings.  The list is divided into two categories.

 The categories and the subjects of discoverable information, possessed by the individuals within

each category, are listed below:

1.   Individuals associated with Plaintiff who are involved in the sale and distribution
     of  electrical conduit and/or related products

Possess information relating to:  the physical characteristics and performance capabilities

of electrical conduit sold and distributed by Plaintiff; the U.S. market for electrical

conduit, including the conditions of competition therein, and the products offered by

other dealers of electrical conduit and/or related products; differences and similarities

among electrical conduit and related products offered by Plaintiff and other dealers; the

requirements and preferences of downstream users in purchasing electrical conduits and

related products.

- Mike Gambee
  Company:     Shamrock Building Materials, Inc.
  Address:      9115 SW Oleson Road # 300, Portland, OR 97223
  Telephone:   503-643-8800

- Adam Marty
  Company:     Shamrock Building Materials, Inc.
  Address:      9115 SW Oleson Road # 300, Portland, OR 97223
  Telephone:   503-643-8800

- Steve Porter
  Company:     Shamrock Building Materials, Inc.
  Address:      9115 SW Oleson Road # 300, Portland, OR 97223
  Telephone:   503-643-8800

3

These individuals are employees of and potential Rule 36(b)(6) witnesses for Plaintiff, and may not be contacted by phone or otherwise by Defendant or its agents.

2.    <u>Individuals associated with G2MT Labs</u>

Possess information relating to: the nature of the testing performed by G2MT Labs on samples of Plaintiffs' electrical conduit and the results thereof, including the insulating properties identified in the course of such testing.

- Joshua Jackson
  Company:      U.S. Corrosion Services LLC
  Address:       4410 Westheimer, Houston, TX 77027
  Telephone:    (832) 481-6600

**APPENDIX B**

**B.    Description of documents that may be relevant to disputed facts alleged with particularity in the pleadings.**

1.    Report SHA 19001, "Insulated vs. Uncoated EMT Tube Testing," Submitted to Adam Marty, Shamrock Steel, Submitted by Joshua Jackson, PhD, G2MT Labs (Apr. 30, 2019).  (Copy attached).

## CERTIFICATE OF SERVICE

Donald B. Cameron, certifies that on October 16, 2020, I caused a true and correct copy of the foregoing Amended Rule 26(a) Initial Disclosure to be served upon Peter Mancuso, Esq., counsel for Defendant at the Office of the Assistant Attorney General, Civil Division, Commercial Litigation Branch, International Trade Field Office, at 26 Federal Plaza, New York, NY 10278, the attorney for Defendant, by electronic mail.  On October 14, 2020, Mr. Manusco consented to service of this disclosure through electronic mail.

/s/ Donald B. Cameron
Donald B. Cameron

**Attachment**

**Report: SHA 19001**
**Insulated vs. Uncoated EMT Tube Testing**

**Submitted To:**

Adam Marty Shamrock Steel

**Submitted By:**

Joshua Jackson, PhD G2MT Labs
5401 Mitchelldale, Suite A-3 Houston, Texas 77092

**April 30, 2019**

*Disclaimer: The results of this report are based on the evidence that has been received and reviewed. G2MT has the right to modify results if further evidence comes forth.*

## 1. Introduction

G2MT Laboratories, LLC was requested to perform a series of tests to evaluate the properties of an inner diameter (ID) coating on EMT conduit for Shamrock Steel. The tests included a wire abrasion testing, pull-force testing to measure the force required to pull the wire through the conduit, a heat transfer rate test, and electrical resistivity testing.

## 2. Abrasive Force and Abrasion Damage

Testing to compare the pulling force, abrasion damage, and wear of the insulated and uncoated samples was performed by pulling a 12-gage wire through two otherwise identical conduit samples which were insulated and un-coated. The 10' insulated and uncoated conduit samples were bent identically in four ninety-degree bends to create a number of corners around which the wire had to travel. Force testing was performed utilizing a Mark-10 force gauge, which was attached the end of the cable (a new sample was used for each test) as it was pulled through the bent fixture. A 36% increase in the required force was measured between the insulated and uncoated conduit, as seen by the data in Table 1.

For abrasion/wear testing, two separate lengths of 12-gage wire were fed 20 times through the bent conduit fixtures. Samples were then removed at the same location from each wire, and the surfaces of each wire were examined under a scanning electron microscope (SEM) to determine the degree of abrasion damage and wear.

## 3. Thermal Insulation Properties

Thermal insulation testing was performed utilizing a 300-watt heat source which was inserted inside the tube. Care was taken to ensure the same placement within the tube for each sample. The outer temperature was measured using a K-type thermocouple each minute as the temperature increased as seen in Table 2, and the time to reach a temperature of 250 degrees Fahrenheit was recorded. Only a minimal difference was observed in the temperature increase rate, indicating that not substantial thermal insulation provided by the insulated product.

## 4. Electrical Insulation Properties

Due to the shape of the pipe, the electrical insulation was measured on a 3" x 3" section of pipe using a laboratory Agilent E4980A (due for calibration again on 02-06-2020) to determine electrical resistance of the coating via 4-point resistivity measurements and a Fluke 87 multimeter (also due for calibration next on 02-06-2020) for 2-point resistivity measurements. For the four-point electrical measurements, the uncoated pipe exhibited an electrical resistance of 2.5-3.0 milliohms, while the coated pipe exhibited an electrical resistance that ranged between 70-120 milliohms depending on the location of the probes. For two-point resistivity testing, the uncoated pipe measured a resistivity of 0.2 ohms and the insulated pipe was 0.7-1.2 ohms. Both measurements indicate a substantial increase in the electrical resistivity of the insulated pipe compared to the uncoated pipe.

## 5. Electron Microscopy

Scanning electron microscopy (SEM) was utilized to examine the damage on the outer surface of the cable. After abrasion testing, the wire samples were examined using Scanning Electron Microscopy to characterize the degree of damage to the coating. The insulated pipe produced much lower levels of abrasion and deposition on cable when compared to uncoated pipe. First, the as-received cable is shown in various magnifications in Figure 1. The cable after being pulled through the insulated pipe 20 times is shown in Figure 2; only moderate surface scratching and abrasion was observed. Another identical length of the same cable after being pulled through the uncoated pipe is shown in Figure 3; much deeper and more extensive scratching is observed on the cable, along with deposits of rust and other debris that can from the uncoated pipe.

## 6. Discussion

- The abrasion caused by the insulated pipe covers approximately 25% of the surface of the cable.
- The abrasion from the uncoated pipe covers around 70% of the cable and is deeper, with a much heavier amount of deposited residue and particulate observed.
- The insulated pipe provides a higher electrical resistance than an uncoated pipe.
- No statistically significant difference was observed in thermal conductivity of the 4" tubing with or without an insulated interior.
- The pull force required to pull the cable through a testing arrangement was substantially less for the insulated conduit.

| Table 1: Force Required to Pull Wire Sample Through a 10 Ft. Tube Sample | | | | | | |
|---|---|---|---|---|---|---|
| Sample | Test #1 | Test #2 | Test #3 | Test #4 | Test #5 | Average |
| Coated | 3.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.6 |
| Uncoated | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 |

| Table 2: Rate of Heat Transfer | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Sample** | 0 Min. | 0.5 Min. | 1 Min. | 2 Min. | 5 Min. | 8 Min. | 10 Min. | 15 Min. | 20 Min. |
| **Coated** | 77.4F | 95.8F | 108.2F | 140.4F | 213.8F | 268F | 290.8F | 316F | 318.4F |
| **Uncoated** | 77.4F | 90.9F | 107.4F | 135.6F | 207.4F | 257.8F | 278.2F | 299.6F | 317.6F |



15.0kV 9.1mm x350 BSE3D 3/20/2019                    100um

*Figure 1: Scanning electron microscopy showing the condition of the As-received wire surface at 350X magnification.*



10.0kV 8.8mm x350 BSE3D 3/21/2019                    100um

*Figure 2: Scanning electron microscopy showing the condition of the wire tested with the insulated pipe at 350X magnification.*



10.0kV 8.6mm x350 BSE3D 3/21/2019                    100um

*Figure 3: Scanning electron microscopy showing the condition of the wire tested with the uncoated pipe at 350X magnification.*