**SANDLER, TRAVIS & ROSENBERG, P.A.**
International Trade, Customs & Export Law

Patrick D. Gill, Esq.
Of Counsel
Direct No.: 212-549-0156
Fax: 212-883-0068
EMAIL: pgill@strtrade.com

November 10, 2021

Peter A. Mancuso, Esq.
United States Department of Justice
Civil Division, Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, N.Y. 10278

Re:  Shamrock Building Material, Inc. v. United States, Court No. 20-00074

Dear Mr. Mancuso:

    Plaintiff accepts the proposal which you made in footnote 1 of your response to the Motion to Quash. Plaintiff withdraws the identification of Mr. Marty and Mr. Porter as potential witnesses in this case and agrees not to submit any testimony on their behalf, either in support of a motion for summary judgment or during any subsequent trial. Accordingly, in accordance with your proposal, please withdraw the subpoenas for their deposition.

Very truly yours,

**Sandler, Travis & Rosenberg, P.A.**

By: _____
           Patrick D. Gill

cc:   Honorable Timothy C. Stanceu, Senior Judge

675 Third Avenue, Suite 1805-06, New York, NY 10017 USA • www.strtrade.com

BOSTON • GUANGZHOU • HONG KONG • MIAMI • NEW YORK • PAWLING, NY • SAN FRANCISCO • SHANGHAI • WASHINGTON D.C.