### IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE: HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| SHAMROCK BUILDING MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 20-00074 |

### NOTICE OF APPEAL

Notice is hereby given that Shamrock Building Materials, Inc., plaintiff in the above-captioned case, appeals to the United States Court of Appeal for the Federal Circuit the decision and judgment of the United States Court of International Trade entered in this action on March 13, 2023. *Shamrock Building Materials, Inc. v. United States*, Ct. No. 20-00074, Slip Op. 23-32 (Ct. Int'l Trade Mar. 13, 2023), ECF No. 70; Judgment, *Shamrock Building Materials, Inc. v. United States*, Ct. No. 20-00074 (Ct. Int'l Trade Mar. 13, 2023), ECF No. 71.

Respectfully submitted,

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005

/s/ R. Will Planert
R. Will Planert
Donald B. Cameron
Julie C. Mendoza
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas III
Jordan L. Fleischer
Nicholas C. Duffey

**SANDLER TRAVIS & ROSENBERG, P.A.**
675 Third Avenue, Suite 1805
New York, NY 10178
(212) 549-0150

/s/ Patrick D. Gill
Michael S. O'Rourke
Patrick D. Gill

*Attorneys for Plaintiff*

Dated:  March 17, 2023