NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SHAMROCK BUILDING MATERIALS, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

2023-1648

Appeal from the United States Court of International Trade in No. 1:20-cv-00074-TCS, Senior Judge Timothy C. Stanceu.

**ON MOTION**

Before STARK, *Circuit Judge*.

**O R D E R**

The United States moves with consent for the United States Court of International Trade (CIT) to transmit to this court the physical samples of electrical conduit that were manually filed at the CIT in the underlying case as docket entry No. 16.

The United States informs the court that these physical samples may aid this court in its understanding of the issues in this case, including the proper classification of imported electrical conduit.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The clerk of the United States Court of International Trade is directed to transfer docket entry No. 16 to this court. The clerk of this court shall maintain custody of the exhibits in the clerk's office.

(2) The clerk of this court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

October 31, 2023
    Date

Jarrett B. Perlow
Clerk of Court

cc: United States Court of International Trade