# United States Court of Appeals for the Federal Circuit

_____

**SHAMROCK BUILDING MATERIALS, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*
_____

2023-1648
_____

Appeal from the United States Court of International Trade in No. 1:20-cv-00074-TCS, Senior Judge Timothy C. Stanceu.
_____

**MANDATE**
_____

In accordance with the judgment of this Court, entered October 23, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 16, 2024
Date

Jarrett B. Perlow
Clerk of Court